IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Miller, Charlene L

Printed: 03/03/09

Case Number: 06 B 13327
Judge: Goldgar, A. Benjamin
Filed: 10/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 20, 2009
Confirmed: December 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 994.52 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 939.47 |
| Trustee Fee: |  | 55.05 |
| Other Funds: |  | 0.00 |
| Totals: | 994.52 | 994.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,434.00 | 939.47 |
| 2. | Chrysler Financial Services Americas LLC | Unsecured | 0.00 | 0.00 |
| 3. | Capital One | Unsecured | 69.37 | 0.00 |
| 4. | Capital One | Unsecured | 85.55 | 0.00 |
| 5. | Capital One | Unsecured | 899.15 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 214.26 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 50.84 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 13.66 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 53.07 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 153.54 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 162.58 | 0.00 |
| 12. | Mitchell N Kay | Unsecured |  | No Claim Filed |
| 13. | Park Dansan | Unsecured |  | No Claim Filed |
| 14. | RJM Acquisitions LLC | Unsecured |  | No Claim Filed |
| 15. | Sherman Acquisition | Unsecured |  | No Claim Filed |
| | | | $ 4,136.02 | $ 939.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 14.18 |
| 5.4% | 22.90 |
| 6.5% | 12.69 |
| 6.6% | 5.28 |
|  | $ 55.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Miller, Charlene L | Case Number:  06 B 13327 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/03/09 | Filed:  10/18/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

*[signature]*